## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CYNTHIA KELLY,

     Plaintiff,

v.                         Case No.  8:23-cv-2977-CEH-NHA

THE HERSHEY COMPANY,

     Defendant.

_____/

## NOTICE OF RELATED ACTIONS

     I certify that the above-captioned case:

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

                         Respectfully submitted,

                         */s/ Anitra R. Clement*_____
                         Daniel B. Rogers
                         LEAD COUNSEL
                         **SHOOK, HARDY & BACON L.L.P.**
                         201 S Biscayne Blvd #3200
                         Miami, FL 33131
                         Telephone: (305) 358-5171
                         drogers@shb.com

                         Anitra R. Clement
                         **SHOOK, HARDY & BACON L.L.P.**
                         100 North Tampa Street, Suite 2900
                         Tampa, FL 33602-5810
                         Telephone: (813) 202-7100

aclement@shb.com

***Counsel for The Hershey Company***