# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Cynthia Kelly, on behalf of herself and all other similarly situated individuals,<br><br>  Plaintiff,<br><br>vs.<br><br>The Hershey Company,<br><br>  Defendant. | Case No.: 8:23-cv-02977-CEH-NHA |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff Cynthia Kelly hereby gives notice that she voluntarily dismisses the above-captioned action without prejudice.

Dated: May 17, 2024

/s/ Anthony J. Russo
Anthony J. Russo, Esq.
Florida Bar No. 43109
Anthony J. Russo, Jr., P.A.
d/b/a The Russo Firm
301 West Atlantic Avenue, Suite 0-2
Delray Beach, FL 33444
T: 844-847-8300
E: anthony@therussofirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on May 17, 2024. As such, the foregoing was served electronically upon all counsel of record.

/s/ Anthony J. Russo
Anthony J. Russo, Esq.
Florida Bar No. 43109
Anthony J. Russo, Jr., P.A.
d/b/a The Russo Firm
301 West Atlantic Avenue, Suite 0-2
Delray Beach, FL 33444
T: 844-847-8300
E: anthony@therussofirm.com

*Counsel for plaintiff*