# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CYNTHIA KELLY,

    Plaintiff,

v.                                      Case No: 8:23-cv-2977-CEH-NHA

THE HERSHEY COMPANY,

    Defendant.

## ORDER

This cause comes before the Court on Plaintiff Cynthia Kelly's Notice of Voluntary Dismissal (Doc. 14). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her claims without prejudice.

In accord with the Notice of Voluntary Dismissal, it is **ORDERED:**

1) This cause is dismissed, without prejudice.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties